CLEVELAND BAR ASSOCIATION *v.* WILLIS.

[Cite as *Cleveland Bar Assn.* v. *Willis* (1993), 67 Ohio St.3d 73.]

74

(No. 93–870—Submitted June 15, 1993—Decided August 11, 1993.)

*McDonald, Hopkins, Burke & Haber Co., L.P.A.,* and *John T. Mulligan; Kaufman & Cumberland Co., L.P.A.,* and *Gail E. Sindell;* and *James B. Davis,* for relator.

---

*Per Curiam.* We agree that respondent committed the disciplinary violations found by the board. We also agree with the board's recommendation. Accordingly, respondent is hereby suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.